# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDERICK CAMPBELL

NO. 2023 KW 0261

**MAY 8, 2023**

---

In Re:   Frederick Campbell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 409063.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the Motion for Clarification of Sentence, minute entries or transcript from the February 16, 2023 Zoom hearing, the district court's ruling thereon, the habitual offender bill of information, and other pertinent documents that might support the claim raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT